IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JOSEPH MINTER, SR.,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 5:04-CV-7 (DF) |
| | : | |
| **THALRONE WILLIAMS,** *et al.,* | : | |
| | : | |
| Defendants. | : | |

### O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr., filed in this case on August 26, 2005 (doc. 21). The Court has reviewed and carefully considered Plaintiff Minter's objections to the Magistrate Judge's Recommendation (doc. 23), but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings. Accordingly, Plaintiff's § 1983 action is hereby **DISMISSED**.

The Court also notes that Defendants have pending a Motion to Compel (doc. 16). In light of the Court's determination, above, the Court finds that Defendants' Motion to Compel has been rendered **MOOT**.

SO ORDERED, this 7th day of December, 2005.

        **/s/ Duross Fitzpatrick**
        DUROSS FITZPATRICK, JUDGE
        UNITED STATES DISTRICT COURT

DF/jab